No. 01–965. MOLINARI v. ILLINOIS DEPARTMENT OF INSURANCE. C. A. 7th Cir. Certiorari denied.

No. 01–969. ALFRED v. CATERPILLAR, INC. C. A. 10th Cir. Certiorari denied.

No. 01–974. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, AFL–CIO, ET AL. v. OVERNITE TRANSPORTATION CO. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 01–975. GARZA v. PRESTIGE FORD GARLAND. C. A. 5th Cir. Certiorari denied.

No. 01–976. HATHCOCK v. ACME TRUCK LINE, INC. C. A. 5th Cir. Certiorari denied.

No. 01–977. HELFRICH v. PNC BANK, KENTUCKY, INC. C. A. 6th Cir. Certiorari denied.

No. 01–979. GIBBS v. MORGANITE, INC. C. A. 4th Cir. Certiorari denied.

No. 01–981. LARKIN v. JOHNSON ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 01–984. LEE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. AMERICAN NATIONAL INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–986. JOHNSON v. NORDSTROM, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–987. LANGLEY v. ILLINOIS SECRETARY OF STATE ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 01–990. YEAGER v. GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied.

No. 01–991. DANA v. CHEMICAL BANK. C. A. 2d Cir. Certiorari denied.

No. 01–992. GUSTON RECORDS, INC., ET AL. v. DAILY ET AL. C. A. 6th Cir. Certiorari denied.